UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| NORMA JANE HILL )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ONSLOW CO. DEPT SOCIAL SERVICES,)<br>TINA COFFEY DEAN, *Social Worker*, )<br>CLIFFORD HILL, CHARLOTTE HILL, )<br>and PATRICIA AYCOCK )<br>       Defendants. ) | **JUDGMENT**<br><br>No. 7:19-CV-144-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, on its own initiative and for consideration of plaintiff's emergency motion for preliminary injunction and temporary restraining order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 9, 2019, and for the reasons set forth more specifically therein, that plaintiff's motion for preliminary injunction and temporary restraining order is DENIED and plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on August 9, 2019, and Copies To:**
Norma Jane Hill   (via US mail) 509 Cheyenne Road, Jacksonville, NC 28540


August 9, 2019                 PETER A. MOORE, JR., CLERK

                                     /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk